UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22492-CIV-SEITZ/WHITE

JEFFREY COLE,

    Plaintiff,

v.

WARDEN STEPP,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation [DE-30] of the Magistrate Judge, which recommends denying Defendant Ernest Stepp's Motion To Dismiss in this action Plaintiff brings under 42 U.S.C. §1983. Stepp does not object and has already filed an Answer [DE-31] to Plaintiff's Complaint. Judge White concludes that at this stage, Plaintiff, who is proceeding *pro se*, has stated a cognizable claim against Stepp for retaliation for filing administrative grievances. He also concludes that Plaintiff is not required to plead and demonstrate exhaustion of administrative remedies in his Complaint. The Court has conducted a *de novo* review of the record and finds that the Report and Recommendation ("R&R") should be affirmed and adopted.

ORDERED THAT

(1) The Report and Recommendation of Magistrate Judge White [DE-30] is AFFIRMED AND ADOPTED.[1]

(2) Stepp's Motion To Dismiss [DE-29] is DENIED.

DONE and ORDERED in Miami, Florida, this 24 day of January, 2011.

                                          PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record/*Pro Se* Parties

---

[1] The adoption is with the minor edit of deleting the words "do not" in the second sentence of the paragraph under the heading "II. Analysis" on page 2 of the Report and Recommendation. Thus, the sentence would read: "The complaint may be dismissed if the plaintiff does not plead facts that state a claim to relief that is plausible on its face."